| | | |
|---|---|---|
| STATE OF INDIANA ) | ) SS: | IN LAKE CIRCUIT/SUPERIOR COURT |
| COUNTY OF LAKE ) | | Filed in Clerk's Office |
| JENNIFER RUIZ-VASQUEZ ) | | DEC 12 2018 |
| Plaintiff ) | | *Lorenzo Aredondo* |
| vs. ) | | CLERK LAKE CIRCUIT COURT |
| ) | | Cause Number: |
| DOLGENCORP, LLC d/b/a ) | | 45D10 1812 CT 00920 |
| DOLLAR GENERAL ) | | |
| Defendants ) | | |

## COMPLAINT

COMES NOW Plaintiff, Jennifer Ruiz-Vasquez, by counsel, David A. Wilson, and for Count I of Plaintiffs' Complaint, states as follows:

1. At all times relevant herein, Plaintiff was a resident of Lake County, Indiana.

2. That Defendant, Dolgencorp, LLC, is a Kentucky Corporation, and operating under the assumed name Dollar General.

3. That on December 12, 2016, Defendant owned and/or controlled the premises located at 7830 E. 109th Avenue in Crown Point, Indiana.

4. That on December 12, 2016, Plaintiff Jennifer Ruiz-Vasquez was an invitee on Defendant's premises.

5. That Defendant, Dolgencorp, LLC owed the Plaintiff a duty of care which included providing safe ingress and egress while Plaintiff was on the Defendant's premises.

6. That Defendant breached its duty of care it owed to the Plaintiff by allowing a dangerous condition to exist on the property, which caused the Plaintiff to trip, fall and injure herself.

7. That as a direct and proximate result of the Defendant's negligence as aforesaid, the Plaintiff, Jennifer Ruiz-Vasquez, fell to the ground resulting in personal injuries, some of


EXHIBIT A

which are permanent, aggravation of a pre-existing condition, and requiring medical care and attention along with the incidental and consequential expenses involved therewith, experienced pain and suffering, and lost wages

WHEREFORE Plaintiff, Jennifer Ruiz-Vasquez, respectfully requests judgment against the Defendant, Dolgencorp, LLC in an amount of money that will adequately compensate her for the injuries and damages she has sustained, continues to sustain, for costs of this action, prejudgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

David A. Wilson #19629-64
David Wilson Law Offices, P.C.
8973 Broadway
Merrillville, IN 45410
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff demand trial by jury.

David A. Wilson #19629-64